Matthew K. Blackburn (CSB No. 261959)
LOCKE, LORD, BISSELL & LIDDELL, LLP
44 Montgomery St., Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8810
Facsimile No.: (415) 676-5816
mblackburn@lockelord.com

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., <br> Plaintiff, <br> v. <br> SONY ELECTRONICS INC., <br> SONY CORPORATION OF AMERICA, <br> SONY COMPUTER ENTERTAINMENT AMERICA INC., <br> SONY COMPUTER ENTERTAINMENT INC., and <br> SONY CORPORATION, <br> Defendants. | Case No. 09-CV-03304 JL <br><br> **(PROPOSED)** ORDER GRANTING APPLICATION FOR ADMISSION OF ZACHARY D. SILBERSHER *PRO HAC VICE* |

Zachary D. Silbersher, whose business address and telephone number is LOCKE LORD BISSELL & LIDDELL, 3 World Financial Center, New York, NY 10281-2101, (212)415-8600, and who is an active member in good standing of the bar of the state of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing plaintiff Trans Video Electronics, Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/19/2009



IT IS SO ORDERED

Judge Marilyn H. Patel

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ZACHARY D. SILBERSHER PRO HAC VICE

-2-