Matthew K. Blackburn (CSB No. 261959)
LOCKE, LORD, BISSELL & LIDDELL, LLP
44 Montgomery St., Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8810
Facsimile No.: (415) 676-5816
*mblackburn@lockelord.com*

ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT
TRANS VIDEO ELECTRONICS, LTD.
[Additional Counsel for Plaintiff appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware Corporation,<br>SONY CORPORATION OF AMERICA, a New York Corporation,<br>SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,<br>SONY COMPUTER ENTERTAINMENT INC., a Foreign Corporation, and<br>SONY CORPORATION, a Foreign Corporation.<br><br>Defendants. | Case No. 09 CV 03304 MHP<br><br>**STIPULATION & [~~PROPOSED~~] ORDER ENLARGING TIME FOR TRANS VIDEO TO RESPOND TO THE U.S. SONY COUNTERCLAIMS**<br><br>Place: Courtroom 15, 18th Floor<br>Honorable Marilyn Hall Patel |

Pursuant to Civil L.R. 6-2, the parties hereby stipulate, by and through their respective undersigned counsel of record, that Plaintiff and Counter-Defendant Trans Video Electronics, Ltd. ("Trans Video") shall have a 14-day extension of time to respond to the Counterclaims of Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc., in this action, to and including October 28, 2009. Trans Video has not previously sought or received any enlargements of time to respond to the Counterclaims. This stipulation for a 14-day extension of time is not believed to have an effect on the schedule for the case. The accompanying Declaration of Matthew K. Blackburn provides the information required by Civil L.R. 6-2(a)(1)-(3), as well as the attestation required by Section X(B) of the General Order 45.

Dated: October 14, 2009                             LOCKE LORD BISSELL & LIDDELL LLP

By:   /s/ Matthew K. Blackburn
      Matthew K. Blackburn (CSB No. 261959)
      *mblackburn@lockelord.com*
      44 Montgomery Street, Suite 2550
      San Francisco, CA  94104
      Telephone No.:  (415) 318-8810
      Facsimile No.:  (415) 676-5816

      John F. Sweeney (pro hac vice)
      *jsweeney@lockelord.com*
      Zachary D. Silbersher (pro hac vice)
      *zsilbersher@lockelord.com*
      LOCKE, LORD, BISSELL & LIDDELL, LLP
      3 World Financial Center
      New York, NY  10281-2101
      Telephone No.:  (212) 415-8600
      Facsimile No.:  (212) 415-8601

*ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT TRANS VIDEO ELECTRONICS, LTD.*

Dated: October 14, 2009                             KENYON & KENYON LLP

-2-

STIPULATION & [PROPOSED] ORDER
ENLARGING TIME FOR TRANS VIDEO TO
RESPOND TO THE U.S. SONY COUNTERCLAIMS
Case No. 09 CV 03304 MHP

By: /s/ with permission
Megan Whyman Olesek (CSB No. 191218)
*molesek@kenyon.com*
333 W. San Carlos St., Suite 600
San Jose, CA 95110
Telephone No.: (408) 975-7952
Facsimile No.: (408) 975-7501

Of Counsel:
John Flock (pro hac vice)
*jflock@kenyon.com*
Walter E. Hanley, Jr. (pro hac vice)
*whanley@kenyon.com*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone No.: (212) 425-7200
Facsimile No.: (212) 425-5288

Brett N. Watkins, Esq. (pro hac vice)
*bwatkins@kenyon.com*
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone No.: (202) 220-4430
Facsimile No.: (202) 220-4201

*ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., AND SONY CORPORATION*

**Locke Lord Bissell & Liddell LLP**
44 Montgomery Street, Suite 2550
San Francisco, CA 94104

**CERTIFICATE OF SERVICE**

I, Matthew K. Blackburn, am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and am not a party to the within action. My business address is Locke Lord Bissell & Liddell, 44 Montgomery Street, Suite 2550, San Francisco, CA 94104. On October __, 2009, I caused to be served copies of the following document(s):

- Stipulation & [Proposed] Order Enlarging Time For Trans Video To Respond To The U.S. Sony Counterclaims; and
- Declaration Of Matthew K. Blackburn In Support Of Stipulated Request Enlarging Time For Trans Video To Respond To The U.S. Sony Counterclaims;

On:

| | | |
|---|---|---|
| John Flock<br>*jflock@kenyon.com*<br>Walter E. Hanley, Jr.<br>*whanley@kenyon.com*<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>Tel (212) 425-7200<br>Fax (212) 425-5288 | Megan W. Olesek<br>*molesek@kenyon.com*<br>KENYON & KENYON LLP<br>333 W. San Carlos St., Suite 600<br>San Jose, CA 95110<br>Tel (408) 975-7952<br>Fax (408) 975-7501 | Brett N. Watkins, Esq.<br>bwatkins@kenyon.com<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, DC 20005-1257<br>Tel (202) 220-4430<br>Fax (202) 220-4201 |

Attorneys for Defendants SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and SONY CORPORATION,

following the ordinary business practice of Locke Lord Bissell & Liddell, LLP, as follows:

☒ **ECF SYSTEM**
By electronically filing the document(s) listed above with the Clerk of the Court using the *CM/ECF* System, which will send notification of such filing to all participants in the case pursuant to the attached e-mail notification.

Dated: October 14, 2009              /s/ Matthew K. Blackburn
                                     Matthew K. Blackburn

**DECLARATION OF MATTHEW K. BLACKBURN IN SUPPORT OF STIPULATED REQUEST ENLARGING TIME FOR TRANS VIDEO TO RESPOND TO THE U.S. SONY COUNTERCLAIMS**

I, Matthew K. Blackburn, declare as follows:

1. I am a partner at the law firm of Locke Lord Bissell & Liddell LLP, counsel of record for Plaintiff and Counter-Defendant Trans Video Electronics, Ltd., in the above-captioned matter. I make this declaration in support of the parties' Stipulated Request Enlarging Time for Trans Video to Respond to the U.S. Sony Counterclaims. I make the following declaration based upon my personal knowledge, and could and would testify thereto under oath if called upon to do so.

2. On July 20, 2009, Plaintiff and Counter-Defendant Trans Video Electronics, Ltd. ("Trans Video") commenced the present action by filing a Complaint for patent infringement against Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc., and Sony Corporation.

3. On August 19, 2009, the parties stipulated [D.I. 10] that responses to the Complaint of Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc., would be due September 17, 2009.

4. On September 17, 2009, the parties further stipulated [D.I. 17] that the responses to the Complaint of Defendants Sony Computer Entertainment Inc., and Sony Corporation would be due December 15, 2009 and that the responses to the Complaint of Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc. would be due September 24, 2009 (an additional one-week extension).

1

DECLARATION OF MATTHEW K. BLACKBURN ISO
STIPULATED REQUEST ENLARGING TIME FOR TRANS VIDEO
TO RESPOND TO THE U.S. SONY COUNTERCLAIMS

Case No. 09 CV 03304 MHP

5. On September 24, 2009, Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc. filed and served their Answers and Counterclaims [D.I. 25-27].

6. Defendants Sony Computer Entertainment Inc. and Sony Corporation have not yet answered, moved, or otherwise responded to the Complaint.

7. The parties request the foregoing modifications because they agree that the interests of judicial efficiency, the administration of justice, and the conservation of judicial and the parties' resources would thus now best be served by a 14-day extension for the Plaintiff and Counter-Defendant Trans Video to respond to the Counterclaims.

8. Plaintiff and Counter-Defendant Trans Video has not previously sought or received any enlargements of time to respond to the Counterclaims.  The only previous time modifications, whether by stipulation or Court order, were Docket Nos. 10 and 17 discussed above.

9. The modification requested by the parties in the above Stipulated Request Enlarging Time For Trans Video To Respond To The U.S. Sony Counterclaims are not believed to have an effect on the schedule for the case.

10. Prior to filing the above Stipulated Request Enlarging Time for Trans Video to Respond to the U.S. Sony Counterclaims, I sent it to Megan W. Olesek for review, and she authorized me to file the Stipulated Request on her behalf.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 14th day of October 2009 at San Francisco, California.

                            By:  /s/ Matthew K. Blackburn
                                  Matthew K. Blackburn

2

DECLARATION OF MATTHEW K. BLACKBURN ISO
STIPULATED REQUEST ENLARGING TIME FOR TRANS VIDEO
TO RESPOND TO THE U.S. SONY COUNTERCLAIMS

Case No. 09 CV 03304 MHP

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders the following:

1. Plaintiff and Counter-Defendant Trans Video Electronics, Ltd. ("Trans Video") shall have a 14-day extension of time to respond to the Counterclaims of Defendants and Counter-Plaintiffs Sony Electronics Inc., Sony Corporation Of America, Sony Computer Entertainment America Inc. in this action, to and including October 28, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2009



_____
The Honorable
United States
For the Northern

**STIPULATION & [PROPOSED] ORDER
ENLARGING TIME FOR TRANS VIDEO TO
RESPOND TO THE U.S. SONY COUNTERCLAIMS**

Case No. 09 CV 03304 MHP