UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS VIDEO ELECTRONICS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONY ELECTRONICS, INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT, INC., and SONY CORPORATION<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-03304 MHP<br><br>**ORDER**<br><br>**Re: Defendants' Motion to Stay this Action Pending Reexamination of the Patent** |

　　　　On February 12, 2010, defendants Sony Electronics, Inc., Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment, Inc., and Sony Corporation (collectively "defendants"), filed a motion to stay this action pending reexamination of the patent at issue in this litigation—U.S. Patent number 5,991,801 ("the '801 patent")—by the United States Patent and Trademark Office ("USPTO"). Defendants have submitted two separate requests to the USPTO for the reexamination of the '801 patent. The USPTO has yet to decide whether it will accept either of these requests. Having considered the parties' arguments and submissions and for the reasons stated below, the court enters the following order.

　　　　Defendants' motion to stay this action is GRANTED in part and DENIED in part.

　　　　This action is stayed, subject to the following, limited exception: The parties may continue to conduct discovery related to claim construction of the '801 patent.

The parties are to notify the court within ten (10) days of any action taken by the USPTO with respect to the two pending requests for reexamination.

IT IS SO ORDERED.

Dated: 3/26/2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California