| | |
|---|---|
| Megan Whyman Olesek (SBN 191218) | Matthew K. Blackburn (CSB No. 261959) |
| molesek@kenyon.com | mblackburn@lockelord.com |
| KENYON & KENYON LLP | LOCKE LORD BISSELL & LIDDELL LLP |
| 333 W. San Carlos Street | 44 Montgomery Street, |
| Suite 600 | Suite 2550 |
| San Jose, CA 95110-2731 | San Francisco, CA 94104 |
| Telephone: 408.975.7500 | Telephone No.: (415) 318-8810 |
| Facsimile: 408.975.7501 | Facsimile No.: (415) 676-5816 |
| | |
| Attorneys for Defendants | Attorneys for Plaintiff |
| SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC. AND SONY CORPORATION | TRANS VIDEO ELECTRONICS, LTD. |
| | [Additional Counsel for Defendants Appear on Signature Page] |

[Additional Counsel for Defendants Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>Plaintiff,<br>v.<br>SONY ELECTRONICS INC., a Delaware Corporation,<br>SONY CORPORATION OF AMERICA, a New York Corporation,<br>SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation,<br>SONY COMPUTER ENTERTAINMENT INC., a Foreign Corporation, and<br>SONY CORPORATION, a Foreign Corporation.<br><br>Defendants. | Case No. 09 CV 03304 MHP<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Honorable Marilyn Hall Patel<br><br>Courtroom 15, 18th Floor |

## **STIPULATION**

Pursuant to Civil Local Rule 6-1 and Civil Local Rule 6-2, Defendants Sony Electronics Inc., Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc. and Sony Corporation (the "Sony Parties") hereby request that the Case Management Conference ("CMC") set for January 31, 2011, be continued to February 14, 2011.

The CMC originally set for December 13, 2010 (Dkt. 74) was reset by the Court to January 12, 2011(Dkt. 76), and subsequently rescheduled by the Court to January 31, 2011 (Dkt. 80).

Attorneys for the Sony Parties have immovable schedule conflicts with the new CMC date, including previously-scheduled depositions in a foreign country and trial, and therefore request the 14-day continuation.

Plaintiff TransVideo Electronics, Ltd., does not object to this limited continuation.

The parties have previously stipulated to extensions enlarging the time for the Sony Parties to respond to the complaint and for Trans Video to respond to the counterclaims in this action. The requested continuation will have no effect on the current case schedule.

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below, subject to the Court's approval, that the January 31, 2011 CMC be continued to February 14, 2011.

Respectfully submitted,

Dated: January 20, 2011   LOCKE LORD BISSELL & LIDDELL LLP

By:   /s/ Matthew K. Blackburn (w/permission)
Matthew K. Blackburn (CSB No. 261959)
44 Montgomery Street, Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8810
Facsimile No.: (415) 676-5816
*mblackburn@lockelord.com*

John F. Sweeney (*pro hac vice*)
*jsweeney@lockelord.com*
Zachary D. Silbersher (*pro hac vice*)
*zsilbersher@lockelord.com*
LOCKE, LORD, BISSELL & LIDDELL, LLP
3 World Financial Center

KENYON & KENYON LLP
SAN JOSE

- 2 -   STIPULATED REQUEST AND [PROPOSED]
ORDER CONTINUING CMC
CASE NO. 09 CV 03304 MHP

```
                                    New York, NY 10281-2101
                                    Telephone No.: (212) 415-8600
                                    Facsimile No.: (212) 415-8601
```

*ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.*

Dated: January 20, 2011        KENYON & KENYON LLP

                               By:    /s/ Megan Whyman Olesek
                                      Megan Whyman Olesek (CSB No. 191218)
                                      333 West San Carlos Street
                                      Suite 600
                                      San Jose, CA 95110
                                      Telephone No.: (408) 975-7952
                                      Facsimile No.: (408) 975-7501
                                      *molesek@kenyon.com*

                                      John Flock (*pro hac vice*)
                                      *jflock@kenyon.com*
                                      Walter E. Hanley, Jr. (*pro hac vice*)
                                      *whanley@kenyon.com*
                                      KENYON & KENYON LLP
                                      One Broadway
                                      New York, NY 10004
                                      Telephone No.: (212) 425-7200
                                      Facsimile No.: (212) 425-5288

*ATTORNEYS FOR DEFENDANTS*
*SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA,*
*SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY*
*COMPUTER ENTERTAINMENT AND SONY CORPORATION*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: January  21 , 2011

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

**ATTESTATION OF SIGNATURE**
(N.D. Cal. General Order 45 (X.B.))

I, Megan Whyman Olesek, am the ECF User whose ID and password were used to electronically file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45 X.B., I hereby attest that Counsel for Plaintiff Trans Video Electronics, Ltd. (Matthew Blackburn) concurred in this filing.

Dated: January 20, 2011

KENYON & KENYON LLP

By: /s/ Megan Whyman Olesek
Megan Whyman Olesek
Attorneys for Defendants
*Sony Electronics Inc., Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc. and Sony Corporation*