| | |
|---|---|
| Megan Whyman Olesek (SBN 191218) | Matthew K. Blackburn (CSB No. 261959) |
| molesek@kenyon.com | mblackburn@lockelord.com |
| KENYON & KENYON LLP | LOCKE LORD BISSELL & LIDDELL LLP |
| 333 W. San Carlos Street, Suite 600 | 44 Montgomery Street, Suite 2400 |
| San Jose, CA  95110-2731 | San Francisco, CA  94104 |
| Telephone:    408.975.7500 | Telephone No.:  (415) 318-8802 |
| Facsimile:     408.975.7501 | Facsimile No.:  (415) 676-5816 |
| | |
| Attorneys for Defendants | Attorneys for Plaintiff |
| SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY COMPUTER ENTERTAINMENT INC. AND SONY CORPORATION | TRANS VIDEO ELECTRONICS, LTD. |
| | [Additional Counsel for Plaintiffs Appear on Signature Page] |
| [Additional Counsel for Defendants Appear on Signature Page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>              Plaintiff,<br>       v.<br><br>SONY ELECTRONICS INC.,<br>       a Delaware Corporation,<br>SONY CORPORATION OF AMERICA,<br>       a New York Corporation,<br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br>       a Delaware Corporation,<br>SONY COMPUTER ENTERTAINMENT INC.,<br>       a Foreign Corporation, and<br>SONY CORPORATION,<br>       a Foreign Corporation.<br><br>              Defendants. | Case No. 09 CV 03304 MHP<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE**<br><br>Honorable Marilyn Hall Patel<br><br>Courtroom 15, 18th Floor |

## STIPULATION

Pursuant to Civil Local Rule 6-1 and Civil Local Rule 6-2, Plaintiff Trans Video Electronics, Ltd. ("Trans Video") and Defendants Sony Electronics Inc., Sony Corporation of

| | |
|---|---|
| Case No. 09 CV 03304 MHP | STIPULATION AND [PROPOSED] ORDER RE: CLAIM CONSTRUCTION BRIEFING |

America, Sony Computer Entertainment America LLC, Sony Computer Entertainment Inc. and Sony Corporation (the "Sony Parties"), hereby stipulate and jointly request, through their respective undersigned counsel of record, that the claim construction briefing schedule ordered by the Court on February 14, 2011, be modified as described below.

WHEREAS the briefing schedule ordered by the Court on February 14, 2011, provided for the following briefing deadlines: Plaintiff's opening claim construction brief due March 29, 2011; Defendants' response regarding claim construction due April 12, 2011 and Plaintiff's reply regarding claim construction due April 19, 2011;

WHEREAS the parties have negotiated a compromise of certain disputes concerning claim construction whereby it is agreed that a modified briefing schedule is necessary and just;

The parties respectfully request the Court's approval of the following modified claim construction briefing schedule:

Plaintiff's opening claim construction brief due March 31, 2011;

Defendants' responsive claim construction brief due April 20, 2011; and

Plaintiff's reply regarding claim construction due April 26, 2011.

The parties do not seek to continue the hearing and tutorial set for May 5, 2011.

Respectfully submitted,

Dated: March 28, 2011         LOCKE LORD BISSELL & LIDDELL LLP

By:   /s/ Zachary D. Silbersher
Matthew K. Blackburn (CSB No. 261959)
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone No.:  (415) 318-8802
Facsimile No.:  (415) 676-5816
*mblackburn@lockelord.com*

John F. Sweeney (*pro hac vice*)
*jsweeney@lockelord.com*
Zachary D. Silbersher (*pro hac vice*)
*zsilbersher@lockelord.com*
LOCKE, LORD, BISSELL & LIDDELL, LLP
3 World Financial Center
New York, NY  10281-2101
Telephone No.:  (212) 415-8600
Facsimile No.:  (212) 415-8601

*ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.*

| | | |
|---|---|---|
| Dated: March 28, 2011 | | KENYON & KENYON LLP |
| | By: | /s/ Megan Whyman Olesek |
| | | Megan Whyman Olesek (CSB No. 191218) |
| | | 333 West San Carlos Street, Suite 600 |
| | | San Jose, CA 95110 |
| | | Telephone No.:  (408) 975-7952 |
| | | Facsimile No.:  (408) 975-7501 |
| | | *molesek@kenyon.com* |
| | | |
| | | John Flock (*pro hac vice*) |
| | | *jflock@kenyon.com* |
| | | Walter E. Hanley, Jr. (*pro hac vice*) |
| | | *whanley@kenyon.com* |
| | | KENYON & KENYON LLP |
| | | One Broadway |
| | | New York, NY 10004 |
| | | Telephone No.:  (212) 425-7200 |
| | | Facsimile No.:  (212) 425-5288 |

*ATTORNEYS FOR DEFENDANTS*
*SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT AND SONY CORPORATION*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March  29 , 2011

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Judge Marilyn H. Patel]*

**ATTESTATION OF SIGNATURE**
(N.D. Cal. General Order 45 (X.B.))

I, Megan Whyman Olesek, am the ECF User whose ID and password were used to electronically file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45 X.B., I hereby attest that Counsel for Plaintiff Trans Video Electronics, Ltd. (Zachary D. Silbersher) concurred in this filing.

Dated: March 28, 2011                             KENYON & KENYON LLP


By: /s/ Megan Whyman Olesek
  Megan Whyman Olesek
  Attorneys for Defendants
  *Sony Electronics Inc., Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc. and Sony Corporation*