1  Megan Whyman Olesek (CSB No. 191218)
   KENYON & KENYON LLP
2  333 West San Carlos Street, Suite 600
   San Jose, CA 95110
3  Telephone:   408.975.7952
   Facsimile:   408.975.7501
4  molesek@kenyon.com

5  Walter E. Hanley, Jr. (*pro hac vice*)
   KENYON & KENYON LLP
6  One Broadway
   New York, New York 10004-1007
7  Telephone:   212.425.7200
   Facsimile:   212.425.5288
8  whanley@kenyon.com

9

10 Attorneys for Defendants Sony Electronics Inc.,
   Sony Corporation of America, Sony Computer
11 Entertainment America LLC, Sony Computer
   Entertainment Inc., and Sony Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and SONY CORPORATION <br><br> Defendants. | Case No. 09 CV 03304 MHP <br><br> **EX PARTE APPLICATION OF SONY DEFENDANTS REQUESTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM and [PROPOSED] ORDER** <br><br> The Honorable Marilyn Hall Patel <br><br> Courtroom 15, 18th Floor <br><br> Date/Time: No hearing requested |

The parties to the above-referenced action will appear at a Claim Construction hearing scheduled on May 5, 2011 at 2:30 p.m. before the Honorable Marilyn Hall Patel. The Sony Defendants respectfully apply *ex parte* for an order permitting them to bring into the Court a Sony

1  data projector, Model No. VPL-CX5, with cables and a black carrying case, for the purpose of
2  showing a PowerPoint presentation during the above-referenced hearing.
3        Notice of this *Ex Parte* Application and [Proposed] Order is being concurrently provided
4  to counsel for Plaintiff.  If Plaintiff's counsel also wishes to use the projector during the hearing,
5  the Sony Defendants will be happy to share the equipment and have so advised Plaintiff's counsel.

Respectfully submitted,

Dated: May 4, 2011

By:   /s/ Megan Whyman Olesek
Walter E. Hanley, Jr. (*pro hac vice*)
*whanley@kenyon.com*
John Flock (*pro hac vice*)
*jflock@kenyon.com*
KENYON & KENYON LLP
One Broadway
New York, New York  10004-1007
Telephone:  212.425.7200
Facsimile:   212.425.5288

Megan Whyman Olesek (CSB No. 191218)
*molesek@kenyon.com*
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, CA 95110
Telephone:  408.975.7500
Facsimile:   408.975.7501

Attorneys for Defendants
SONY ELECTRONICS INC.,
SONY CORPORATION OF AMERICA,
SONY COMPUTER ENTERTAINMENT
AMERICA LLC, SONY COMPUTER
ENTERTAINMENT INC., AND SONY
CORPORATION

1 **[PROPOSED] ORDER**

2 The Sony Defendants' request for permission to bring projector equipment into Courtroom 15, 18th floor, for purposes of the hearing in the above-referenced matter on May 5, 2011, is GRANTED. The permitted equipment consists of a Sony data projector, Model No. VPL-CX5, with cables and a black carrying case.

IT IS SO ORDERED.

Dated: ___May 5, 2011_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*