**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | September 23, 2011 | **Time:** | 3:27 - 4:50 |
| **Case No:** | C09-3304 EMC | **Court Reporter**: | Connie Kuhl (415) 431-2020 |
| **Case Name:** | Trans Video v. Sony, et al. | | |
| **Attorneys:** | Matt Blackburn, John Sweeney, and Zachary Silbersher for Plaintiff | | |
| | Walter Hanley, Jr., John Flock, Brett Watkins, Michelle Mcleod, and Megan Olesek for Defendants | | |
| **Deputy Clerk:** | Betty Lee | | |

**PROCEEDINGS:**

- (1) Defendants' motion for summary judgment #124
- (2) CMC


**SUMMARY:**

- (1) Court took matter under submission and will issue order.

- (2) 8-day jury trial is set for 12/3/12.  Private ADR held.  Case did not settle.  Parties shall contact this Court if other means of ADR is desired, including a settlement conference before a magistrate judge.  Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court


**Case continued to:**   1/20/12 at 10:30 a.m. for Status.  An updated joint status report shall be filed by 1/13/12.