John F. Sweeney (*pro hac vice*)
jsweeney@lockelord.com
Zachary D. Silbersher (*pro hac vice*)
zsilbersher@lockelord.com
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8600
Facsimile: (212) 415-8601

Matthew K. Blackburn (State Bar No. 261959)
mblackburn@lockelord.com
LOCKE LORD LLP
44 Montgomery Street
Suite 2400
San Francisco, CA 94104
Telephone: (415) 318-8802
Facsimile: (415) 676-5816

Attorneys for Plaintiff / Counter Defendant
TRANS VIDEO ELECTRONICS, LTD.

Walter E. Hanley, Jr. (*pro hac vice*)
whanley@kenyon.com
John Flock (*pro hac vice*)
jflock@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1007
Telephone: 212-425-7200
Facsimile: 212-425-5288

Megan Whyman Olesek (State Bar No. 191218)
molesek@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road
Suite 210
Palo Alto, CA 94304-1216
Telephone: 650-384-4667
Facsimile: 650-384-4701

Attorneys for Defendants / Counter-claimants
SONY ELECTRONICS INC.,
SONY CORPORATION OF AMERICA,
SONY COMPUTER ENTERTAINMENT AMERICA LLC,
SONY COMPUTER ENTERTAINMENT INC., and
SONY CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation,<br><br>Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>SONY ELECTRONICS INC., a Delaware Corporation, SONY CORPORATION OF AMERICA, a New York Corporation, SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware Corporation, SONY COMPUTER ENTERTAINMENT INC., a Foreign Corporation, and SONY CORPORATION, a Foreign Corporation,<br><br>Defendants / Counterclaim Plaintiffs. | Master File No. CV 09-03304-EMC<br><br>**JOINT STIPULATION OF DISMISSAL** |

**WHEREAS**, on July 20, 2009, plaintiff Trans Video Electronics, Ltd. ("Trans Video") filed the Complaint in this action (D.I. 1) alleging patent infringement of U.S. Patent No. 5,991,801 (the "'801 patent") by Sony Computer Entertainment America Inc., Sony Computer Entertainment America LLC (formerly Sony Computer Entertainment America Inc.), Sony Corporation, Sony Corporation of America, Sony Electronics Inc. (collectively, "Sony");

**WHEREAS**, on September 24, 2009 and December 15, 2009, the Sony defendants filed Answers to the Complaint [D.I. 25, 26, 27, 42, and 43], and through their Answers denied having committed any act of infringement of the '801 patent and further pleaded counterclaims for declaratory judgment of noninfringement, invalidity, and unenforceability of the '801 patent;

**WHEREAS**, on October 14, 2011, the Court issued an Order Granting Sony's Motion for Summary Judgment of Invalidity [D.I. 139];

**WHEREAS**, on November 15, 2011, the Court issued an Order Denying Plaintiff's Motion to Amend Its Complaint And To Amend Its Disclosure Of Asserted Claims And Infringement Contentions [D.I. 147], this order being amended on November 16, 2011 [D.I. 149]);

**WHEREAS**, on November 15, 2011, the Court entered its Judgment [D.I. 148] in favor of the Sony defendants pursuant to its grant of summary judgment of invalidity and its denial of Trans Video's Motion to Amend;

**WHEREAS**, on December 5, 2011, Trans Video filed a Notice of Appeal to the Federal Circuit [D.I. 150];

**WHEREAS**, the Judgment [D.I. 148] is not final under 28 U.S.C. § 1295(a)(1) because Sony's counterclaims for declaratory judgment of noninfringement, invalidity, and unenforceability of the '801 patent remain pending;

**IT IS HEREBY STIPULATED AND AGREED** that the Sony Defendants' counterclaims for declaratory judgment against Trans Video are each dismissed without prejudice, each party to bear its own cost, expenses, and attorneys fees.

STIPULATED AND AGREED TO:

Dated: December 8, 2011

LOCKE LORD LLP

By: _____
John F. Sweeney (*pro hac vice*)
Zachary D. Silbersher (*pro hac vice*)
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281-2101
Phone: (212) 415-8600
Fax: (212) 415-8601
*jsweeney@lockelord.com*
*zsilbersher@lockelord.com*

Matthew K. Blackburn (CSB No. 261959)
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Phone: (415) 318-8802
Fax: (415) 676-5816
*mblackburn@lockelord.com*

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.

Dated: December 12, 2011

KENYON & KENYON, LLP

By: _____
Walter E. Hanley, Jr. (*pro hac vice*)
*whanley@kenyon.com*
John Flock (*pro hac vice*)
*jflock@kenyon.com*
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1007
Tel: 212.425.7200/Fax: 212.425.5288

|   |   |
|---|---|
| 1 | Megan Whyman Olesek (CSB No. 191218) |
| 2 | *molesek@kenyon.com* <br> KENYON & KENYON LLP <br> 1801 Page Mill Road, Suite 210 |
| 3 | Palo Alto, CA 94304-1216 <br> Tel: 650.384.4667/ Fax: 650.384.4701 |
| 4 |   |
| 5 | Attorneys for Defendants <br> SONY ELECTRONICS INC., |
| 6 | SONY CORPORATION OF AMERICA, <br> SONY COMPUTER ENTERTAINMENT |
| 7 | AMERICA LLC, SONY COMPUTER <br> ENTERTAINMENT INC., and <br> SONY CORPORATION |

SO ORDERED this ___14th___ day of ___December___ 2011

IT IS SO ORDERED

Judge Edward M. Chen

*[Seal: United States District Court, Northern District of California]*