NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED SEP 19 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

---

**TRANS VIDEO ELECTRONICS, LTD.,**
*Plaintiff-Appellant,*

v.

**SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and SONY CORPORATION,**
*Defendants-Appellees.*

---

2012-1110, -1134

---

Appeals from the United States District Court for the Northern District of California in No. 09-CV-3304, Judge Edward M. Chen.

---

### JUDGMENT

---

JOHN F. SWEENEY, Locke Lord LLP, of New York, New York, argued for the plaintiff-appellant. With him on the brief were ZACHARY D. SILBERSHER and JOSEPH A. FARCO. Of counsel was RENE A. VAZQUEZ, Sinergia Technology Law Group, PLLC, of Marlborough, Connecticut.

WALTER E. HANLEY, JR., Kenyon & Kenyon, LLP, of New York, New York, argued for defendants-appellees. With him on the brief were JOHN FLOCK, MEGAN WHYMAN OLESEK and BRETT N. WATKINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 10, 2012
Date

*Jan Horbaly*
Jan Horbaly
Clerk

**ISSUED AS A MANDATE:**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: SEP 1 7 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 10 2012

JAN HORBALY
CLERK